United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBIN SADY CHAVARRIA PEREIRA, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-03947 |
| | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| WARDEN, JOE CORLEY | § | |
| DETENTION CENTER, | § | |
| Respondent. | § | |

**ORDER DENYING RECONSIDERATION**

A petition for writ of *habeas corpus* was previously dismissed in this action, and final judgment was entered. Dkts 7 & 8. Pending is a motion by Petitioner Robin Sady Chavarria Pereira for reconsideration in light of *Sosnava Rodriguez v Ortega*, 2026 WL 1906557 (5th Cir). Dkt 12.

On July 2, 2026, the Fifth Circuit issued a decision with respect to the constitutionality of detention under 8 USC §1225(b)(2)(A). See *Sosnava Rodriguez*, 2026 WL 1906557. With reference to limitations imposed by the Due Process Clause, the decision holds that the Government may detain individuals under the subject statute "for ninety days but no longer without a bond hearing," and that "at the hearing, the Government must articulate an individualized justification for further detention without bond." Id at *16. On July 10, 2026, however, the panel decision was vacated pending rehearing *en banc*. See *Sosnava Rodriguez v Ortega*, 2026 WL 2014647 (5th Cir). This means that the panel decision is currently "of no precedential value." *Comer v Murphy Oil USA, Inc*, 718 F3d 460, 468 (5th Cir 2013).

Petitioner asserts that the panel opinion in *Sosnava Rodriguez* remains persuasive authority, notwithstanding its subsequent vacatur pending rehearing *en banc*. See Dkt 12 at 3. To the contrary, until the Fifth Circuit speaks definitively on this point, the undersigned maintains prior determination that procedural due process doesn't require an individualized custody determination beyond the mandate of §1225(b)(2)(A). See *Penafiel Clavijo v Thompson,* 2026 WL 923310, *2–4 (SD Tex).

The motion by Petitioner Robin Sady Chavarria Pereira for reconsideration is DENIED. Dkt 12.

It is noted that Petitioner asks that his petition be held in abeyance pending issuance of the *en banc* decision. Id at 5–6. The request is DENIED. But he is ADVISED to follow the *en banc* proceedings of the Fifth Circuit in *Sosnava Rodriguez*. He may file another motion for reconsideration or a later petition if warranted after those proceedings conclude.

SO ORDERED.

Signed on August 6, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge